IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00947-BNB

MICHAEL DUANE WINDSOR,

     Plaintiff,

v.

DR. MICHAEL DAVID AASEN, and
MS. CATHIE HOLST,

     Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 2 1 2009**

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED May 21, 2009, at Denver, Colorado.

BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00947-BNB

Michael Duane Windsor
Prisoner No.  64336
Colorado Territorial Correctional Facility
P.O. Box 1010
Cañon City, CO 81215-1010

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2009

GREGORY C. LANGHAM
CLERK

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/21/09

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk